```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

THELMA J. HAMMOND                                            PLAINTIFF

VERSUS                            CIVIL ACTION NO. 5:06CV3-DCB-JMR

ISLE OF CAPRI CASINOS, INC.,
THYSSENKRUPP ELEVATOR CORP. f/k/a
DOVER ELEVATOR CORP., THYSSENKRUPP
ELEVATOR MANUFACTURING, INC., and
JOHN DOES 1-10                                              DEFENDANTS

## ORDER OF REMAND

This cause having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 2**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Adams County, Mississippi.

SO ORDERED, this the 26th day of April, 2006.

                                        S/DAVID BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE